## C. TILDON *v.* C. DEES et al.

The case of *Dees* v. *Tildon*, reported in 2d Annual 412, referred to as settling the points of law made in the argument of this case.

APPEAL from the District Court of the parish of East Feliciana, *Sterling*, J. *Merrick*, for plaintiff and appellant. *Winter, Bowman, Delee* and *Roberts*, for defendant.

BUCHANAN, J. (VOORHIES, J., absent.) This suit is the supplement of that of *Dees* v. *Tildon*, reported in 2d Annual 412. The points of law made in argument were settled by the decision of the Supreme Court in the other cause; and upon the facts, the plaintiff, who is appellant, has no just cause to complain of the judgment of the District Court; which is therefore affirmed, with costs.

---

## THE STATE OF LOUISIANA ON THE RELATION OF L. J. NOLAN *v.* THE JUDGE OF THE SIXTH JUDICIAL DISTRICT COURT.

The Supreme Court will not issue writs of prohibition and mandamus, where the party has an adequate remedy by appeal.

FOR the relator, *Miles Taylor* and *H. H. Taylor.*

SLIDELL, C. J. (VOORHIES, J., absent.) This Court has not a general supervising power over District Courts. It is the settled practice of this Court not to issue writs of prohibition or mandamus, where the party has an adequate remedy by appeal. Here the applicant can except to the jurisdiction of the District Court sitting for the parish of West Baton Rouge, and if the Court does not sustain his exception, he can appeal. See *Macarty's* case, 2 Ann., 979. *State* v. *Judge of First District Court,* 19 La. R., p. 183.

Rule refused. Applicant to pay costs of application.